# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

EN PHAM                                                                                        PLAINTIFF

VS.                              CASE NO. 1:07CV00005 JMM

CHASE BANK USA, N.A.                                                                DEFENDANT

## ORDER

Pending before the Court is defendant's Motion to Compel and Extend Discovery Deadline for the Limited Purpose of Deposing Plaintiff (#14) and plaintiff's response.

The Court has reviewed defendant's discovery request and plaintiff's responses and finds that defendant's motion should be, and is, granted.

Plaintiff's objections to defendant's discovery request are without merit and plaintiff is directed to fully respond to defendant's Interrogatories No. 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 17, 20, 21, 22, 23, 24, 26, 27, and 29; defendant's Requests for Production No. 3, 5, 10, 11, 12, 16, 25, 26, and 28; and defendant's Requests for Admissions No. 1, 3, 11, 18, 21, 22, 23, 24, 25, 28, 29, 30, 31, 32, 33, and 34 on, or before, October 26, 2007.  Plaintiff is further directed to make his initial disclosures as required by Rule 26(f) on, or before, October 26, 2007. The discovery deadline for the limited purposed of deposing plaintiff is extended up to, and including, November 26, 2007.

All dispositive motions are due by December 17, 2007 with any response being due by December 28, 2008.  Pretrial Disclosure Sheets will be due on January 7, 2008.  The trial date of January 14, 2007 remains the same.

Plaintiff is given notice of Local Rule 5.5(c)(2) of the United States District Courts for the Eastern and Western Districts of Arkansas which states that *pro se* litigants are required to monitor the progress of their case, to prosecute or defend the action diligently, and to respond to any communication from the Court within thirty (30) days or their case could be dismissed without prejudice.

IT IS SO ORDERED THIS   17   day of   October  , 2007.

James M. Moody
United States District Judge