IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION


EN PHAM                                                                              PLAINTIFFS


VS.                          CASE NO. 1:07CV00005 JMM


CHASE BANK USA, N.A.                                                         DEFENDANT

### ORDER

Plaintiff's Motion for Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41 is granted (#22). The complaint is dismissed without prejudice, all pending motions are dismissed as moot and the Clerk of the Court is directed to close the case. Each party is to bear their own costs.

IT IS SO ORDERED THIS   5   day of   December  , 2007.


_____
James M. Moody
United States District Court