IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**EN PHAM**                                                                                                    **PLAINTIFFS**

**VS.**                           **CASE NO. 1:07CV00005 JMM**

**CHASE BANK USA, N.A.**                                                                      **DEFENDANT**

### ORDER

The Clerk of the Court is directed to withdraw the Court's Order closing the case and granting plaintiff's Motion for Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41 (#23). The Clerk is to reopen the case and reinstate any pending motions. Defendant is given eleven days from the date of this Order to file a response to plaintiff's motion.

IT IS SO ORDERED THIS  5  day of   December  , 2007.

_____
James M. Moody
United States District Court