## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**EN PHAM**                                                                                       **PLAINTIFF**

**VS.**                          **CASE NO. 1:07CV0005 JMM**

**CHASE BANK USA, N.A.**                                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that plaintiff's claims against defendant are dismissed with prejudice and the Arbitration Award of $16,402.87 is confirmed.

IT IS SO ORDERED this   7   day of   January, 2008.


_____
James M. Moody
United States District Judge