**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**EN PHAM**                                                                                          **PLAINTIFF**

**VS.**                              **CASE NO. 1:07CV0005 JMM**

**CHASE BANK USA, N.A.**                                                          **DEFENDANT**

**ORDER**

Plaintiff filed this action on January 2, 2007 in state court. Defendant removed the case to this Court on February 16, 2007.

Plaintiff brought her complaint alleging a Truth in Lending Act claim and a breach of contract claim. Defendant filed its answer and a counterclaim seeking to confirm an Arbitration Award on October 5, 2006.

The Court subsequently denied plaintiff's Motion to Dismiss Without Prejudice and granted defendant's counterclaim. Under the Arbitration Agreement, defendant is entitled to reasonable attorney's fees.

The trial court has the discretion to determine the amount of a reasonable fee. The Court finds that Chase is entitled to reasonable attorney's fees and costs in the amount of $5,000.00.

IT IS SO ORDERED THIS   20   day of   February  , 2008.

_____
James M. Moody
United States District Judge